Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                Case No.:  18−32111−RG
                                                Chapter:  13
                                                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Georgina Paz
   530 N. 5th Street
   Harrison, NJ 07029

Social Security No.:
   xxx−xx−3882

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/26/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 26, 2019
JAN: slm

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-32111-RG
Georgina Paz                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1            Date Rcvd: Mar 26, 2019
                               Form ID: 148             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
db            +Georgina Paz,    530 N. 5th Street,    Harrison, NJ 07029-1242
517858260     +Columbia University Radiologists,    POB 29737,    New York, NY 10087-9737
517858261     +Imaging Consultants of Essex,    POB 371863,    Pittsburgh, PA 15250-7863
517941987      KML Law Group,    Sentry Office Plaza,    216 Haddon Ave.,    Ste. 206,    Westmont, NJ 08108
517858264     +Nationstar Mortgage,    POB 619063,    Dallas, TX 75261-9063
517858879     +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517858266     +PSE&G,    POB 1444,    New Brunswick, NJ 08903-1444
517858265     +Professional Claims Bureau,    POB 9060,    Hicksville, NY 11802-9060
517858267     +State of NJ,    Dept. of Treasury, Div. of Taxation,    POB 445,    Trenton, NJ 08695-0445
517858269     +Town of Harrison,    318 Harrison Avenue,    Harrison, NJ 07029-1796

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2019 00:02:29      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2019 00:02:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr            +EDI: PRA.COM Mar 27 2019 03:18:00      Orion,    c/o PRA Receivables Management LLC,    POB 41021,
                 Norfolk, VA 23541-1021
517858262     +EDI: IRS.COM Mar 27 2019 03:18:00      Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
517858270     +EDI: VERIZONCOMB.COM Mar 27 2019 03:18:00      Verizon,    c/o Midland MCM,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517858263*    +Internal Revenue Service,    POB 7346,    Philadelphia, PA 19101-7346
517858268*    +State of NJ,    Dept. of Treasury, Div. of Taxation,    POB 445,    Trenton, NJ 08695-0445
517858271*    +Verizon,    c/o Midland MCM,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
517858272    ##+Zucker, Goldberg & Ackerman,    200 Sheffield Street, Suite 101,    POB 1024,
                 Mountainside, NJ 07092-0024
                                                                                   TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
              Albert Luis Lancellotti    on behalf of Debtor Georgina  Paz albert@lancelawyer.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
               SERIES 2007-BC1 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5