UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Albert L. Lancellotti, LLC
By: Albert L. Lancellotti (al2473)
74 Bruen Street
Newark, NJ 07105
(973) 273-9880
Attorney for Debtor(s)

Order Filed on September 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GEORGINA PAZ,
                Debtor(s)

Case No.: 18-32111

Hearing Date: 06/19/19

Judge:  RG

Recommended Local Form    ____ Followed    __X__ Modified

### ORDER ON MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following pages, numbered three (3) through three (3) is hereby **ORDERED**.

**DATED: September 16, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

In re: **Georgina Paz**
**18-32111**
Order on Motion to Vacate Dismissal of Case

The debtor having filed a motion to vacate dismissal of case, and the court having considered any objections filed; and for good cause shown, it is

**ORDERED** that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

**IT IS FURTHER ORDERED** that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. Until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this order, whichever is later;

2. Until the original deadline fixed by the court t file a proof of claim or required supplement, or 60 days from the date of this order, whichever is later; and

3. Until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this order, whichever is later.

**IT IS FURTHER ORDERED** that:

4. The Standing Trustee confirms receipt of the sum of **$27,000**, representing payments due through **August 2019** in accordance with debtor's plan.

5. The **September 2019** plan payment shall be made to the Standing Trustee within **seven (7) days** of entry of the within order.

6. All subsequent plan payments must be made within 30-days of when due until plan payments are completed.

Page 3
In re: **Georgina Paz**
**18-32111**
Order on Motion to Vacate Dismissal of Case

<u>7.</u>     All documents required prior to the 341a meeting of creditors must be forwarded to the Standing Trustee within seven (7) days of entry of the within Order. Documents presently in the possession of debtor's counsel are:

    a. 2018 personal and corporate federal income tax returns;

    b. proof of rental income from June 2018 to March 2019;

    c. monthly Financial Report of Business Debtor from June 2018 to February 2019;

    d. Business bank accounts from June 2018 to February 2019.

**IT IS FURTHER ORDERED** that if the meeting of creditor has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

**IT IS FURTHER ORDERED** that the confirmation hearing is rescheduled to _____ at _____.

**IT IS FURTHER ORDERED** that if the debtor fails to comply with the provisions of the within Order as set forth above, the Standing Trustee may obtain an Order Dismissing Chapter 13 Proceeding by submitting a Certification of Default specifying the debtor's failure to comply with the within Order, with a copy of same to be served on debtor's counsel as required by local bankruptcy rules.

**IT IS FURTHER ORDERED** that within three (3) days of entry of the within Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file a Local Form *Certification of Service*.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-32111-RG
Georgina Paz                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 1            Date Rcvd: Sep 17, 2019
                            Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.
db            +Georgina Paz,    530 N. 5th Street,    Harrison, NJ 07029-1242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:
              Albert Luis Lancellotti    on behalf of Debtor Georgina  Paz albert@lancelawyer.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
               SERIES 2007-BC1 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5