Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−32111−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Georgina Paz
530 N. 5th Street
Harrison, NJ 07029

Social Security No.:
xxx−xx−3882

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           10/16/19
Time:           08:30 AM
Location:       Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 18, 2019
JAN: slm

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-32111-RG
Georgina Paz                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Sep 18, 2019
                              Form ID: 132             Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db             +Georgina Paz,    530 N. 5th Street,    Harrison, NJ 07029-1242
517858260      +Columbia University Radiologists,    POB 29737,    New York, NY 10087-9737
517858261      +Imaging Consultants of Essex,    POB 371863,    Pittsburgh, PA 15250-7863
517941987       KML Law Group,    Sentry Office Plaza,    216 Haddon Ave.,    Ste. 206,    Westmont, NJ 08108
517858264      +Nationstar Mortgage,    POB 619063,    Dallas, TX 75261-9063
517858879      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517858266      +PSE&G,    POB 1444,    New Brunswick, NJ 08903-1444
517858265      +Professional Claims Bureau,    POB 9060,    Hicksville, NY 11802-9060
518165173     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517858267      +State of NJ,    Dept. of Treasury, Div. of Taxation,    POB 445,    Trenton, NJ 08695-0445
517858269      +Town of Harrison,    318 Harrison Avenue,    Harrison, NJ 07029-1796
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 18 2019 23:47:46     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 18 2019 23:47:45     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 23:45:22      Orion,
                 c/o PRA Receivables Management LLC,    POB 41021,    Norfolk, VA 23541-1021
517858262      +E-mail/Text: cio.bncmail@irs.gov Sep 18 2019 23:47:28     Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
517858270      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 18 2019 23:47:17
                 Verizon,    c/o Midland MCM,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517858263*     +Internal Revenue Service,    POB 7346,    Philadelphia, PA 19101-7346
517858268*     +State of NJ,    Dept. of Treasury, Div. of Taxation,    POB 445,    Trenton, NJ 08695-0445
517858271*     +Verizon,    c/o Midland MCM,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
517858272    ##+Zucker, Goldberg & Ackerman,    200 Sheffield Street, Suite 101,    POB 1024,
                 Mountainside, NJ 07092-0024
                                                                                   TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              Albert Luis Lancellotti    on behalf of Debtor Georgina  Paz albert@lancelawyer.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
               SERIES 2007-BC1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Sep 18, 2019
                              Form ID: 132             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    Marie-Ann  Greenberg    magecf@magtrustee.com
    U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                       TOTAL: 5