| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (NEWARK)** | |
| **RAS Crane, LLC**<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone Number 470-321-7112<br>Attorneys For Secured Creditor<br><br><br>Shauna Deluca, Esq. (SD-8248) | CASE NO.: 18-32111-RG<br><br>CHAPTER 13<br><br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Georgina Paz,**<br><br>     **Debtor.** | |

### OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

U.S. Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-BC1 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 24), and states as follows:

1. Debtor, Georgina Paz ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on November 6, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at 530 North 5TH Street, Harrison, NJ 07029, by virtue of a Mortgage recorded on November 4, 2006 in Book 15081, at Page 72 of the Public Records of Hudson County, NJ.  Said Mortgage secures a Note in the amount of $210,000.00.

3. The Debtor filed a Chapter 13 Plan on December 21, 2018.

4. The Plan intends to pay-off Secured Creditor's loan in full, however the figures used by the Debtor are inaccurate. The Plan proposes to pay only $1,917.00. Upon information and belief, the secured claim held by the first mortgage has an anticipated payoff of approximately $423,308.93.  If the Debtor's intent is to payoff Secured Creditor lien, Secured Creditor objects to any plan which proposes to pay it anything less than

$423,308.93 as the total payoff, subject to the final figures in the anticipated proof of claim.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

> RAS Crane, LLC
> Attorney for Secured Creditor
> 10700 Abbott's Bridge Road, Suite 170
> Duluth, GA 30097
> Telephone Number 470-321-7112
> By: /s/Shauna Deluca
> Shauna Deluca, Esquire
> NJ Bar Number  SD-8248
> Email: sdeluca@rasflaw.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (NEWARK)** | |
| **RAS Crane, LLC** <br> 10700 Abbott's Bridge Road, Suite 170 <br> Duluth, GA 30097 <br> Telephone Number 470-321-7112 <br> Attorneys For Secured Creditor <br><br> Shauna Deluca, Esq. (SD-8248) | CASE NO.: 18-32111-RG <br><br> CHAPTER 13 <br><br><br> **Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:** <br><br> **Georgina Paz,** <br><br>     **Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, Shauna Deluca, represent U.S. Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-BC1 in this matter.

2. On November 1, 2019, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: Objection to Confirmation of Plan.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

November 1, 2019

                               RAS Crane, LLC
                               Attorney for Secured Creditor
                               10700 Abbott's Bridge Road, Suite 170
                               Duluth, GA 30097
                               Telephone Number 470-321-7112
                               By: /s/Shauna Deluca
                               Shauna Deluca, Esquire
                               NJ Bar Number  SD-8248
                               Email: sdeluca@rasflaw.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Luis Lancellotti<br>Albert L. Lancellotti, LLC<br>74 Bruen Street<br>Newark, NJ 07105 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing(NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Georgina Paz<br>530 N. 5th Street<br>Harrison, NJ 07029 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing(NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing(NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |